

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00125-CV

### IN THE MATTER OF THE MARRIAGE OF
### SHANNON LEE DODSON AND ERIC WAYNE ZAMORA

On Appeal from the 22nd District Court[1]
Comal County, Texas
Trial Court No. C2023-1358A, Honorable Tracie Wright-Reneau, Presiding

February 10, 2025

## MEMORANDUM OPINION

### Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Eric Wayne Zamora, appeals from the trial court's *Final Decree of Divorce*. We previously abated this appeal, pursuant to the parties' request, to permit the parties to engage in settlement negotiations. Now pending before the Court is a "Joint Motion to Reverse and Remand," in which the parties inform the Court that they have reached a settlement agreement. The parties request that the Court vacate the trial

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

court's judgment and remand the case for rendition of a judgment in accordance with the terms of the settlement.

Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we reinstate the appeal, grant the joint motion, set aside the judgment of the trial court without regard to the merits, and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Zamora. *See* TEX. R. APP. P. 42.1(d). Having set aside the trial court's judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

2